IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BILLY WYNNE
ADC # 601431                                                                         PLAINTIFF

V.                      CASE NO. 4:09CV00827 BSM/BD

NURSE LUMKINS, *et al.*                                     DEFENDANTS

## ORDER

The court has received the recommended disposition from Magistrate Judge Beth Deere. No objections have been filed. After carefully reviewing the recommendation and reviewing the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, approved and adopted as this court's findings in all respects in its entirety.

Plaintiff's complaint is dismissed without prejudice under Local Rule 5.5(c)(2). Plaintiff's motion for restraining order (docket entry #2) is denied as moot.

IT IS SO ORDERED this 11th day of January 2010.

_____
UNITED STATES DISTRICT JUDGE