IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BILLY WYNNE
ADC # 601431                                                        PLAINTIFF

V.                    CASE NO. 4:09CV00827 BSM/BD

NURSE LUMKINS, *et al.*                                            DEFENDANTS

## JUDGMENT

Consistent with the order that was entered on this date, it is considered, ordered, and adjudged, that this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 11th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE